PROB 35A DEATH (ED/CA)

# Report and Order Terminating Supervised Release
# Prior to Original Expiration Date - Notice of Death

## UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Docket No: 0972 2:94CR00168-001 |
| ) | |
| **Christopher Ray Wittman** ) | |
| ) | |

On July 10, 1995, the above-named was sentenced to Supervised Release for a period of 120 months. Mr. Wittman's term of supervised release had not commenced yet.

On March 2, 2018, this office was notified by letter dated February 5, 2018, from the Federal Bureau of Prisons that Christopher Ray Wittman was confirmed dead by cardiac arrhythmia due to electrolyte abnormalities on February 4, 2018 (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/George A. Vidales

GEORGE A. VIDALES
Supervising United States Probation Officer

Dated:   March 5, 2018
         Sacramento, California
         GAV/cp

**Re:** Christopher Ray Wittman
  Docket No:  0972 2:94CR00168-001
  Report and Order Terminating
  **Prior To Original Expiration Date - Notice of Death**

## ORDER OF COURT

It appearing that Christopher Ray Wittman is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated:  March 27, 2018

(Notification copy on file)

GARLAND E. BURRELL, JR.
Senior United States District Judge